**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EMORY HERRING,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No.  6:12-cv-737-Orl-28DAB**

**MATTERN HOLDINGS, INC.,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment against Mattern Holdings, Inc. (Doc. No. 11) filed August 17, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.　That the Report and Recommendation filed October 12, 2012 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.　Plaintiff's Motion for Default Judgment against Mattern Holdings, Inc. (Doc. No. 11) is **GRANTED**.

    3.　The Court finds that Plaintiff is entitled to entry of judgment on the issue of liability for overtime wages in the amount of $6,375.00 and liquidated damages in the amount of $6,375.00 for a total of $12,750.00, and $385.00 in taxable costs.

4. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $12,750.00 in damages and $385.00 in taxable costs.

5. Thereafter, the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 30th day of October, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party